**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce Allen Davenport, | No. CV-17-0954-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| Brandy Cooper, et al., | |
| Defendants. | |

On March 31, 2017, Plaintiff Davenport filed his Complaint in this matter *pro se*. (Doc. 1) Since then, he has not meaningfully prosecuted his case and has failed to comply with his discovery obligations.

Plaintiff moved for a Temporary Restraining Order/Preliminary Injunction. (Doc. 6) Plaintiff did not provide supporting evidence and did not reply in support. The Court concluded that he had withdrawn it. (Doc. 35)

Plaintiff did not participate in preparation of the Rule 26(f) report. (Docs. 24, 25) He participated telephonically in the Case Management Conference. (Doc. 25) At the Case Management Conference, the Court gave Plaintiff time to respond to Defendants' Case Management Report. (Doc. 31) He did not. (Doc. 32)

Subsequently, the Court conducted a telephonic Status Conference where Plaintiff appeared. (Doc. 33) The Court "admonishe[d] Plaintiff for ignoring Court orders, treating this matter as though it was a criminal rather than civil case, and failing to file in a timely manner" and informed Plaintiff that he had to provide discovery within 21 days.

(Doc. 35) Defendants claim that he did not and moved for sanctions. (Doc. 37) The Court ordered Plaintiff to respond to Defendants' Motion for Sanctions within 14 days. (Doc. 38) He did not. Instead, he filed a "Motion to Continue" which states that he was told that there is a judgment against him for eviction but there is no such indication on his credit report and that his credit score has climbed recently. (Doc. 39)

The Court has repeatedly admonished Plaintiff that he must comply with the orders of the Court. His repeated failures to do so and the strained application of the law to the matters pled in this case warrant dismissal.

**IT IS THEREFORE ORDERED** granting Defendants' Motion for Sanctions. (Doc. 37)

**IT IS FURTHER ORDERED** denying Plaintiff's Motion to Continue. (Doc. 39)

**IT IS FURTHER ORDERED** dismissing Plaintiff's Complaint without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly. The judgment will serve as the mandate of the Court.

Dated this 30th day of April, 2018.

David K. Duncan
United States Magistrate Judge